# Exhibit 2

**From:** Connor, Amanda (US)
**Sent:** Wednesday, November 27, 2024 3:50 PM
**To:** admin@frantech.ca; abuse@frantech.ca
**Cc:** Filardo, Vincent (US); He, Yi (US); Yu, Yiren (US)
**Subject:** Copyright Notification: Copyright Infringement by xiuting.cc
**Attachments:** 2024-11-27 China Literature Copyright Notification to PONYNET.pdf

Dear Sir or Madam:

Attached please find a Notice of Copyright Infringement pursuant to 17 U.S.C. § 512(c).

Sincerely,

**Amanda Connor | Law Clerk**
**King & Wood Mallesons**

**D** +1 212 319 4755
**M** +1 203 917 5146
**F** +1 917 591 8167
**E** amanda.connor@us.kwm.com

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com